UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHARNA HOWELL, et al.,

      Plaintiffs,

v.                                                   C-1-02-438

FORD MOTOR COMPANY,

      Defendant.

## ORDER

On June 9, 2003, defendant Ford Motor Company filed a motion for summary judgment (doc. 16). Plaintiff has not responded to the motion. Accordingly, plaintiff is **ORDERED** to show cause, within **twenty days** of the date of this Order, why defendant's motion should not be granted.

**IT IS SO ORDERED.**

                                         s/ Herman J. Weber
                                               HERMAN J. WEBER
                               SENIOR JUDGE, UNITED STATES DISTRICT COURT

J:\HJWA\02-438scmsj.wpd