UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| CHARNA HOWELL, et al. ) | |
| ) | Case No. C-1-02-438 |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | **NOTICE OF VOLUNTARY** |
| FORD MOTOR COMPANY ) | **DISMISSAL WITHOUT** |
| ) | **PREJUDICE TO FURTHER ACTION** |
| Defendant. ) | |

**NOW COME** the parties in the above-captioned matter, and pursuant to Rule 41(A) of the Federal Rules of Civil Procedure, hereby stipulate to the Voluntary Dismissal Without Prejudice, to further action, as to the claims against Ford Motor Company.

**APPROVED:**

/s/Gerald L. Nuckols
Gerald L. Nuckols
324 Reading Road
Cincinnati, OH  45202
Attorney for Plaintiff

/s/ Christina J. Marshall
Christina J. Marshall (#0069963)
Sutter, O'Connell, Mannion & Farchione
3600 Erieview Plaza
1301 East 9th Street
Cleveland, Ohio 44114
Telephone:  (216) 928-2200
Fax:  (216) 928-4400
Attorneys for Defendant
Ford Motor Company

1450666.01